# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darlene Martin Kane,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:06-cv-202

Commissioner of Social Security Administration

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 23, 2007 Order.

**Signed: April 24, 2007**

Frank G. Johns, Clerk
United States District Court